**Form clkinq**

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE

**Case No. 3:25−ap−90126**

**Adversary Case**

Related Bankruptcy Proceeding No.: 3:23−bk−03951

Plaintiff : Erica R Johnson

vs

Defendant : Paul Wilson

---

## CLERK'S REMARK

---

Clerk's Remark − The Debtor(s)/Party name(s) and the case number do not agree with the record of this case. (RE: related document(s)11 Defendant's Answer to Complaint. Filed on the behalf of: Defendant Paul Wilson.) (rmw)

Dated: 2/18/26

Vanessa A Lantin
Court Clerk